# Court of Appeals
# of the State of Georgia

ATLANTA,   April 05, 2016

*The Court of Appeals hereby passes the following order:*

**A16A0671.  TERRY LEE SHERMAN v. STATE OF GEORGIA**

The Consent Motion For Remand To The Trial Court filed by the parties in this case having been considered, the motion is hereby GRANTED and the case remanded to the trial court pursuant to O.C.G.A. 17-10-1 (f).



*Court of Appeals of the State of Georgia*
     *Clerk's Office, Atlanta,*   04/05/2016
     *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
     *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*